Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE MICROSOFT NETWORK, LLC, a Delaware Limited Liability Company, individually and dba MSN; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>Jury Trial Demanded |

ALEXANDER STROSS, by and through his undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## **JURISDICTION AND VENUE**

1.      This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

2.      This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3.     Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.     Plaintiff ALEXANDER STROSS ("STROSS" or "Plaintiff") is an individual residing in Austin, Texas.

5.     Upon information and belief, Plaintiff alleges that Defendant THE MICROSOFT NETWORK, LLC ("MSN") is a Delaware limited liability company with its primary place of business located at One Microsoft Way, Redmond, WA 98052, and the owner of the website www.msn.com. Plaintiff further alleges that MSN maintains offices in California; Los Angeles, CA; and/or this judicial district.

6.     Upon information and belief, Plaintiff alleges that Defendants DOES 1 through 10 (collectively, "DOE Defendants") (altogether with MSN, "Defendants") are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of DOE Defendants are presently unknown to Plaintiff, which therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.     Upon information and belief, Plaintiff alleges that at all times relevant hereto, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts

and circumstances, including full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## **CLAIMS RELATED TO THE SUBJECT PHOTOGRAPHS**

8.     STROSS is a professional photographer and owns the six original photographs shown below (the "Subject Photographs"), which were registered with the United States Copyright Office under U.S. Copyright Reg. No. VAu 1-089-810:

| No. | Subject Photograph |
|-----|--------------------|
| 1   | |
| 2   | |



**6**

9.      Upon information and belief, Plaintiff alleges that following the publication and display of the Subject Photographs, MSN, DOE Defendants, and each of them used the Subject Photographs without Plaintiff's authorization for commercial purposes in various ways, including on MSN's website www.msn.com (the "Accused Posts").

10.     Screen captures of Defendants' unauthorized uses of the Subject Photographs are set forth below:

| No. | Accused Posts |
|-----|---------------|
| 1 |  |



COMPLAINT







**COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





11.    On December 17, 2020, STROSS issued a cease-and-desist demand to MSN, requesting that it cease-and-desist its unauthorized exploitation of the Subject Photographs. MSN failed to meaningfully respond, necessitating this action.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement - Against All Defendants, and Each)**

12.    Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

13.    Upon information and belief, Plaintiff alleges that Defendants, and each of them, had access to the Subject Photographs, including through Plaintiff's website and social media accounts, Internet search engines, or third-party websites.

14.    Upon information and belief, Plaintiff alleges that Defendants, and each of them, infringed Plaintiff's copyrights in and to the Subject Photographs by copying, storing, displaying, reproducing, transmitting, distributing, publishing, and/or otherwise using the Subject Photographs on MSN's website without a license or Plaintiff's authorization or consent.

15.    Due to Defendants', and each of their, acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

16.    Due to Defendants', and each of their, acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement of the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Photographs in an amount to be established at trial.

17.    Upon information and belief, Plaintiff alleges that Defendants, and each of them, committed the foregoing acts of copyright infringement willfully, intentionally, maliciously, or with reckless disregard for Plaintiff's rights in the Subject Photographs.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a.    That Defendants—each of them—their respective agents, and anyone acting in concert with Defendants or their agents, be enjoined from copying, storing, displaying, reproducing, transmitting, distributing, publishing, and/or otherwise using the Subject Photographs without a license or Plaintiff's authorization or consent, including an order requiring Defendants, and each of them, to remove the Subject Photographs from MSN's website and all other websites and/or servers that MSN owns and/or operates;

b. That Plaintiff be awarded all profits attributable to Defendants', and each of their, acts of copyright infringement, plus all losses of Plaintiff, the exact sum to be proven at the time of trial; or, alternatively, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its attorneys' fees as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: September 24, 2021                    DONIGER/BURROUGHS

                                    By:    */s/ Stephen M. Doniger*
                                           Stephen M. Doniger, Esq.
                                           Benjamin F. Tookey, Esq.
                                           Attorneys for Plaintiff